UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ROBERT LOWINGER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROCKET ONE CAPITAL, LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-09243-JPC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley J. Bondi of Paul Hastings LLP hereby enters his appearance as counsel for Defendant Digital World Acquisition Corporation in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated:  November 14, 2023

Respectfully submitted,

*/s/ Bradley J. Bondi*
Bradley J. Bondi
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
1(212) 318-6601
bradbondi@paulhastings.com

*Attorney for Defendant Digital World Acquisition Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, the forgoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

*/s/ Bradley J. Bondi*
Bradley J. Bondi